# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 21, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149989(71)

WYANDOTTE ELECTRICAL SUPPLY
COMPANY,
      Plaintiff-Appellee,

SC: 149989
COA: 313736
Wayne CC: 11-003015-CK

v

ELECTRICAL TECHNOLOGY SYSTEMS,
INC.,
      Defendant/Cross-Defendant,

and

KEO & ASSOCIATES, INC.,
      Defendant/Cross-Plaintiff-
      Appellant,

and

WESTFIELD INSURANCE COMPANY,
      Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of the Associated General Contractors of Michigan to participate as amicus curiae is GRANTED. The amicus brief submitted on October 8, 2014, in this application for leave to appeal is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____
October 21, 2014

